# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; SIERRA CLUB; FRIENDS OF THE NORTHERN SAN JACINTO VALLEY; and SAN BERNARDINO VALLEY AUDUBON SOCIETY,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HIGHWAY ADMINISTRATION; GREGORY G. NADEAU, Administrator; and VINCENT MAMMANO, Division Administrator,<br><br>Defendants.<br>_____<br>RIVERSIDE COUNTY TRANSPORTATION COMMISSION,<br><br>Intervenor-Defendant. | Case No. EDCV 16-133-GW(SPx)<br><br>Judge: Hon. George H. Wu<br><br>**JUDGMENT ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing: March 6, 2017<br>Time: 8:30 a.m.<br>Ctrm: 10<br><br>Action Filed: January 22, 2016 |

The Court received a Motion for Summary Judgment from Plaintiffs Center for Biological Diversity, Sierra Club, Friends of the Northern San Jacinto Valley, and San Bernardino Valley Audubon Society (collectively, the "Center") and Cross-Motions for Summary Judgment from Defendants Federal Highway Administration, Gregory G. Nadeau, and Vincent Mammano (collectively, "FHWA"), and Intervenor-Defendant Riverside County Transportation Commission ("RCTC"). The Court received argument on the motions from counsel for the Center, FHWA, and RCTC during a hearing held on March 6, 2017.

After full consideration of all the moving, opposing, and reply papers, the documents and pleadings submitted and judicially noticed, the admissible evidence, and oral argument of counsel for all parties, the Court rules on the merits in favor of FHWA and RCTC in accordance with the Court's Final Rulings on Plaintiffs' Motion for Summary Judgment; Federal Defendants' Cross-Motion for Summary Judgment; Riverside County Transportation Commission's Cross-Motion for Summary Judgement [Docket No. 50]. Under this approach, the Court denies the Center's motion and grants FHWA's and RCTC's motions.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment is entered in favor of FHWA and RCTC as to each and every cause of action asserted in the Center's Complaint.

2. FHWA and RCTC are entitled to recover their costs of suit herein from the Center, to be addressed in a separate Application to the Clerk to Tax Costs to be noticed and filed by FHWA and RCTC.

3. The Center's Complaint is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

DATED: May 31, 2017

_____
HON. GEORGE H. WU
United States District Judge