UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> FEDERAL HIGHWAY ADMINISTRATION; et al., <br><br> Defendants-Appellees, <br><br> RIVERSIDE COUNTY TRANSPORTATION COMMISSION, <br><br> Intervenor-Defendant-Appellee. | No. 17-56080 <br><br> D.C. No. 5:16-cv-00133-GW-SP <br> Central District of California, Riverside <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 20), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Margaret A. Corrigan
Circuit Mediator

MAC/Mediation